HELENE KREIGER, Appellant, *v.* LOUIS KREIGER, Respondent.

Submitted October 6, 1947; decided October 9, 1947.

*Charles Rothenberg* and *Moss K. Schenck* for motion.

*Edward S. Joseph* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.